UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

*– against –*

JOHN DOE subscriber assigned IP address 173.56.64.194,

Defendant.

**ORDER**

No. 26 Civ. 5117 (ER)

RAMOS, D.J.:

On October 28, 2026, Plaintiff Strike 3 Holdings, LLC filed a notice of settlement voluntarily dismissing Defendant John Doe with prejudice. Doc. 13. The Clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: October 29, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.